IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK RINGLAND,<br><br>   Plaintiff,<br><br>vs.<br><br>CHIEF JUSTICE ROBERT F. ROSSITER JR., and SENIOR JUSTICE JOSEPH F. BATAILLON,<br><br>   Defendants. | 8:23CV114<br><br>ORDER |

  This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(b)(5), which provides that any judge of the United States "shall . . . disqualify himself . . . [where] [h]e . . . [i]s a party to the proceeding . . . ." The undersigned is named as a defendant in this matter and shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(b)(5).

  SO ORDERED.

  Dated this 29th day of March, 2023.

                BY THE COURT:

                *Joseph F. Bataillon*

                Joseph F. Bataillon
                Senior United States District Judge