IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK RINGLAND,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CHIEF JUSTICE ROBERT F. ROSSITER JR., and SENIOR JUSTICE JOSEPH F. BATAILLON,<br><br>　　　　　Defendants. | 8:23CV114<br><br>**MEMORANDUM AND ORDER** |

　　　　On April 5, 2023, the court ordered Plaintiff to pay the $402.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. To date, Plaintiff has not paid the fees or submitted a request for leave to proceed in forma pauperis. The only action taken by Plaintiff was the submission of a document titled "Petition for Writ of Certiorari Criminal Complaint of Misconduct," Filing 9, which was docketed as a motion in this case as it echoes claims raised in the Complaint, Filing 1, and attached the reassignment order, Filing 5, filed on March 30, 2023. Plaintiff's motion is not responsive to the court's April 5, 2023 order and does not address the issue of payment of the filing fee or authorization to proceed in forma pauperis.

　　　　IT IS THEREFORE ORDERED that:

　　　　1.　　This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.

　　　　2.　　The Court will enter judgment by a separate document.

　　　　3.　　Plaintiff's pending motion, Filing 9, is denied as moot.

Dated this 20th day of June, 2023.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Senior United States District Judge